USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 8/17/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

YESSICA AVENDANO-CABRERA,

Plaintiff,

v.

MODERN COMFORT, LLC d/b/a MODERN COMFORT and LARRY ADLER,

Defendants.

Case No.: 25-cv-10567 (NSR)(JCM)

**JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants MODERN COMFORT, LLC d/b/a MODERN COMFORT and LARRY ADLER, (collectively, "Defendants") hereby offer to allow judgment to be taken against them, and in favor of YESSICA AVENDANO-CABRERA ("Plaintiff"), in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00) ("Judgment Amount"), inclusive of all of Plaintiff's attorneys' fees, costs, expenses, and disbursements accrued in the Action through the date of this Offer, and waiver of any claim against Plaintiff for repayment of the cash sums transferred to or on behalf of Plaintiff that Defendants have characterized as loans or advances (the "Alleged Loans"), in full and final settlement of all of Plaintiff's wage claims, including but not limited to her claims for unpaid wages, unpaid overtime, spread-of-hours pay, wage notice and wage statement penalties, allowances, and liquidated damages against the Defendants.

Defendants shall fund the Judgment Amount within thirty (30) days after Plaintiff's acceptance of this Offer. Payment shall be made, without withholding, to Famighetti & Weinick, PLLC, as attorneys, for disbursement as follows: (a) to Famighetti & Weinick, PLLC, Eight Thousand Five Hundred Ninety-Five and 13/100 Dollars ($8,595.13), representing attorneys' fees,

costs, expenses, and disbursements; and (b) to Yessica Avendano-Cabrera, Sixteen Thousand Four Hundred Four and 87/100 Dollars ($16,404.87).

This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and neither this Offer of Judgment nor any judgment that may result from this Offer of Judgment shall be construed as either an admission of liability on the part of Defendants, or that Plaintiff has suffered any damages.

Acceptance of this Offer of Judgment will act to release and discharge Defendants MODERN COMFORT, LLC d/b/a MODERN COMFORT and LARRY ADLER, and any related entity or individual, from any and all claims alleged by Plaintiff in the above-referenced action, including but not limited to all claims alleged or that could have been alleged by Plaintiff arising from the New York Labor Law, Wage Theft Prevention Act, and the Fair Labor Standards Act.

This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure, and shall be deemed withdrawn unless Plaintiff serves written notice of her acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any evidence of this Offer of Judgment shall be inadmissible except as provided in Rule 68 of the Federal Rules of Civil Procedure.

Dated: August 17, 2026
White Plains, New York

SO ORDERED:



Hon. Nelson S. Roman, U.S. District Judge